**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian C Anderson                                        CHAPTER 13
                        Debtor(s)

                                                               BKY. NO. 24-12716 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
08 Oct 2024, 10:54:56, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322